Montino E. WALKER, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66467.

Missouri Court of Appeals, Western District.

Feb. 6, 2007.

Ruth Sanders, Appellate Defender Office, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun Mackelprang and Stephanie Morrell, Office of Attorney General, Jefferson City, for respondent.

Before RONALD R. HOLLIGER, Presiding Judge, PAUL M. SPINDEN, Judge, and LISA WHITE HARDWICK, Judge.

**ORDER**

Montino E. Walker appeals the circuit court's judgment denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).